

**FILED**

AUG 2 8 2017

Clerk, U S District Court
District Of Montana
Billings

DIRK S. ADAMS,

              Plaintiff,

vs.

VALLEY DISTRIBUTING, INC and
CREDIT SERVICES OF BILLINGS,
INC,

              Defendants.

CV-17-074-BLG-SPW-TJC

ORDER

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the making of
this Order.


        DATED this 28th day of August, 2017.

                                    _Susan P. Watters_
                                    Honorable Susan P. Watters,
                                    United States District Judge