FILED 
MAY 4 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DIRK S. ADAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>VALLEY DISTRIBUTING, INC.,<br><br>    Defendant. | CV 17-74-BLG-SPW<br><br>ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 28) between the parties hereto,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 3rd day of May, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1